# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ELIZABETH COLTON,               )
                                )
            Plaintiff,          )
                                )
        v.                      )   Civil Case No. 09-1772 (RJL)
                                )
HILLARY RODHAM CLINTON,         )
                                )
            Defendant.          )

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is this 24th day of September, 2010, hereby

**ORDERED** that defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment [#13] is **GRANTED**; and it is further

**ORDERED** that plaintiff's Rule 56(f) Motion for Discovery [#19] is **DENIED AS MOOT**; and it is further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

1